STATE OF CONNECTICUT *v.* JUAN SEABROOK
(AC 22148)

Foti, Dranginis and Flynn, Js.

Argued September 13—officially released November 12, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* WILLIE ARNOLD
(AC 21688)

Mihalakos, Flynn and Dupont, Js.

Argued September 17—officially released November 12, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* TANAKA DAVIS
(AC 22106)

Flynn, Bishop and Landau, Js.

Argued September 24—officially released November 12, 2002

Per Curiam. The judgments are affirmed.